UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WESTECH ROOFING,<br><br>    Defendant. | Case No.  12-cv-05655-JCS<br><br>**ORDER FOR RESPONSE TO DEFENDANT'S UNTIMELY OPPOSITION BRIEF** |

Plaintiff Board of Trustees of the Bay Area Roofers Health & Welfare Trust Fund ("Board of Trustees") has filed a Motion for Default Judgment ("Motion"), currently set for hearing on October 4, 2013.  On September 25, 2013, Defendant Westech Roofing filed an untimely opposition brief asking the Court to vacate the default entered by the Clerk on the grounds of excusable neglect.  In the Opposition brief, Defendant asserts, *inter alia*, that it has now paid all outstanding contributions sought in the Complaint.

The Court requests that the Board of Trustees file a Reply brief responding to Plaintiff's Opposition, to be filed by October 2, 2013.  The Court continues the Motion hearing set for October 4, 2013 at 1:30 p.m. to October 11, 2013 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: September 26, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge