UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTECH ROOFING,<br><br>Defendant. | Case No.  12-cv-05655-JCS<br><br>**ORDER FOR ADDITIONAL MATERIALS IN SUPPORT OF REQUEST FOR ENTRY OF PERMANENT INJUNCTION AND DENYING WITHOUT PREJUDICE WESTECH'S REQUEST FOR DISCOVERY** |

Plaintiffs have filed a Request for Entry of a Permanent Injunction ("Request"). In their Request, Plaintiffs contend they have suffered irreparable injury as a result of the Defendant's repeated delinquent payments of employee fringe benefits. Request at 2. Specifically, Plaintiffs assert that "because of Defendant's repeated failure to pay benefits to Plaintiffs in a timely manner, Plaintiffs, in turn, are not able to provide those benefits to the Union members who have earned them in a timely manner." *Id*. at 3. However, Plaintiffs have not offered any declarations or other evidence to support this assertion. Therefore, the Court requests that Plaintiffs file a declaration or other evidence showing that Defendant's continued delinquent payments have prevented them from paying members in a timely manner or otherwise pose an immediate and serious risk to the financial stability of the Trust Funds. Additional materials shall be filed by **August 15, 2014.** Defendant may file a response by **August 31, 2014.**

The Court notes that Defendant has requested leave to conduct discovery in connection with Plaintiffs' request for entry of a permanent injunction. That request is DENIED without prejudice. Defendant has not demonstrated that it is entitled to conduct discovery on a default

judgment or, as a factual matter, that such discovery is warranted at this time.

**IT IS SO ORDERED.**

Dated: July 25, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge